# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-1418

_____

Nacy Phillips

*Plaintiff - Appellant*

v.

Crisp Contractors

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern

_____

Submitted: February 2, 2022
Filed: February 9, 2022
[Unpublished]

_____

Before GRUENDER, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Nacy Phillips appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record and the

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

parties' arguments on appeal, we find no basis for reversal. *See Paskert v. Kemna-ASA Auto Plaza, Inc.*, 950 F.3d 535, 538 (8th Cir.) (explaining the standard of review), *cert. denied*, 141 S. Ct. 894 (2020).  Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____